No. 05–5225. DENNIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 05–5255. THOMPSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 05–5266. WHITE v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 05–5270. TOLAMA-SANTIZO v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 05–5279. JOHNSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 05–5311. VENEGAS-CASTREJON v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 05–5321. DAY v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 05–5370. TOROGUET-CERVANTES v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 05–5467. DUNCAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 05–5554. THACKER v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied. 

No. 05–5555. JAMES v. LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–5558. SENN v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 05–5560. ASHWORTH v. ADDISON, WARDEN. C. A. 10th Cir. Certiorari denied. 

No. 05–5563. TAFARI v. GILMORE ET AL. C. A. 2d Cir. Certiorari denied.